1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIR PARVINCHIHA, M.D.,<br><br>             Plaintiff,<br><br>     vs.<br><br>NEW YORK LIFE INSURANCE COMPANY; and DOES 1-10, inclusive,<br><br>             Defendant. | Case No. 2:16-CV-00171 CAS (Ex)<br><br>**[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE**<br><br>**[FRCP 41(a)(1)]**<br><br>[Filed Concurrently with Stipulation]<br><br>Complaint Filed: November 30, 2015 |

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties, this action is hereby dismissed in its entirety with prejudice as set forth in Federal Rule of Civil Procedure 41(a)(1). Each party shall bear their own attorney's fees and costs.

**IT IS SO ORDERED**.

Dated: December 15, 2016

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT COURT JUDGE